UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM D. SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DALE FETROE, *et. al.*,<br><br>　　　　Defendants. | No. CV-11-5093-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　Plaintiff has filed "Objections" (ECF No. 43) to the Magistrate Judge's "Report And Recommendation For Order Denying Plaintiff's Motion For Preliminary Injunctive Relief" (ECF No. 36).

　　　Having engaged in a *de novo* review of Magistrate Judge's order and the Plaintiff's objections thereto, LMR 4(c), the court hereby **ADOPTS** the Magistrate Judge's Report And Recommendation in its entirety. Plaintiff's Motion For Preliminary Injunctive Relief (ECF No. 21) is **DENIED**.

　　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide a copy of it to Plaintiff, counsel for Defendants, and to Magistrate Judge Imbrogno.

　　　**DATED** this ___4th___ day of June, 2012.

*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　　
LONNY R. SUKO
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION-**　　　　**1**