Case 2:11-cv-05093-CI    Document 88    Filed 04/18/13

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

WILLIAM D. SMITH,                  )
                                   )   No. CV-11-5093-CI
          Plaintiff,               )
                                   )   ORDER DENYING PLAINTIFF'S
v.                                 )   MOTION FOR RECONSIDERATION
                                   )
DALE FETROE, et al.,               )
                                   )
          Defendants.              )
                                   )
```

**BEFORE THE COURT** is Plaintiff's "Objection to Magistrate Judge's Ruling . . . and Motion for Reconsideration of Plaintiff's Motion to Compel Protection of Legal Mail Delivered," which the court construes as a Motion for Reconsideration. ECF No. 84. Plaintiff is proceeding *pro se*; Assistant Attorney General for the State of Washington Brian J. Considine represents Defendants. The parties have not consented to proceed before a magistrate judge.

Plaintiff appears to object to several portions of the undersigned's Order entered January 10, 2013, in which the court denied his motion to compel, continued the hearing on Defendant's motion for summary judgment, and directed Defendants to inform Plaintiff of the new hearing date. ECF No. 83. He asks that certain portions of the Order be deleted or revised. ECF No. 84.

A motion for reconsideration must include facts or law to convince the court its prior decision must be reversed. Reconsideration is an extraordinary remedy. *Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003). The following grounds justify

reconsideration: "an intervening change in the controlling law"; newly discovered evidence; and the need to correct clear error. *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 667 (9th Cir. 1999). Plaintiff's allegations of facts fails to meet this standard. Although Plaintiff may not agree with the court's resolution of his Motion, he has failed to present arguments or legal authority to justify reconsideration of the court's ruling. Accordingly, **IT IS ORDERED** Plaintiff's Motion for Reconsideration, **ECF No. 84**, is **DENIED.**

The District Court Executive is directed to file this Order, provide a copy to Plaintiff and counsel for Defendants.

DATED April 18, 2013.

                <u>S/ CYNTHIA IMBROGNO</u>
                UNITED STATES MAGISTRATE JUDGE