UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM D. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALE FETROE, et al.,<br><br>　　　　Defendant. | CV-11-5093-CI<br><br>**JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED:**

1. Defendants' Motion for Summary Judgment is **GRANTED** and all claims against Defendants are **DISMISSED with prejudice**.

2. Plaintiff's' Motion to Amend Complaint is **DENIED.**

3. Judgment is entered for Defendants.

DATED: July 23, 2013

　　　　　　　　　　　　　　　　　　SEAN McAVOY
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　　　　s/ L. Stejskal, Deputy Clerk